IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:03-MJ-00172

**United States of America**,

v.

**Emelanio Sandoval Rojas**,

         Defendant.

**Order**

This matter comes before the court on the Government's motion to dismiss the criminal complaint against the Defendant, Emelanio Sandoval Rojas, and recall the arrest warrant pursuant to Rule 48(a). For good cause shown, the motion (D.E. 3) is granted. The arrest warrant issued on April 15, 2003 is recalled. The criminal complaint is dismissed without prejudice.

Dated: December 20, 2019

_____
Robert T. Numbers, II
United States Magistrate Judge